1  DONNA R, ZIEGLER [142415]
   County Counsel
2  By:  RAYMOND L. MACKAY  [113230]
   Senior Deputy County Counsel
3  Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, California 94612
   Telephone:   (510) 272-6700
5  Attorneys for Defendants County of Alameda,
   Lisa Laureta and Katherine Moore, Specially Appearing
6

7

8                    UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

10

11 KRISTA SAMPSON,                          Case No.: C12-03400 KAW

12
                        Plaintiff,          **[PROPOSED] ORDER ON**
13                                          **DEFENDANTS' MOTION TO**
        v.                                  **ENLARGE TIME TO FILE**
14                                          **RESPONSIVE PLEADINGS**
   LISA LAURETTA and ALAMEDA COUNTY         Civil L. R., Rule 6-3
15 SOCIAL SERVICES AGENCY,

16                      Defendant.

17

18        Pursuant to the Civil Local Rules in proceedings before the United States District

19 Court for the Northern District of California, Rule 6-3, the Defendants County of

20 Alameda (sued herein as the "Alameda County Social Services Agency"), Lisa Laureta

21 and Katherine Moore, by way of special appearance, moved this Court for an Order

22 enlarging the time said Defendants may file responsive pleadings.

23        Good cause appearing, Defendants' Motion is granted.

24 //

25 //

26

27

28

1        Said Defendants have up to and until Wednesday, September 12, 2012 to file

2 and serve responsive pleadings.

3 DATED:      August 29, 2012

4

5                             _____

6                             The Hon. Kandis A. Westmore

                            Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28