1 | DONNA R. ZIEGLER [142415]
County Counsel
2 | By: RAYMOND L. MACKAY [113230]
Senior Deputy County Counsel
3 | Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
4 | Oakland, California 94612
Telephone: (510) 272-6700
5 | Attorneys for Defendants County of Alameda,
Lisa Laureta and Katherine Moore, Specially Appearing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| KRISTA SAMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LISA LAURETTA and ALAMEDA COUNTY SOCIAL SERVICES AGENCY,<br><br>　　　　　Defendant. | Case No.: C12-03400 KAW<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS**<br>Civil L. R., Rule 6-3 |

　　　Pursuant to the Civil Local Rules in proceedings before the United States District Court for the Northern District of California, Rule 6-3, the Defendants County of Alameda (sued herein as the "Alameda County Social Services Agency"), Lisa Laureta and Katherine Moore, by way of special appearance, moved this Court for an Order enlarging the time said Defendants may file responsive pleadings.

　　　Good cause appearing, Defendants' Motion is granted.

//

//

---

**Order on Defendants' Motion to Enlarge Time, Case No. C12-03400 KAW**　　　　　　　　1

1   Said Defendants have up to and until Wednesday, September 12, 2012 to file
2 and serve responsive pleadings.
3 DATED:     August 29, 2012

_____
The Hon. Kandis A. Westmore
Magistrate Judge