UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA SAMPSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LISA LAURETTA, et al.,<br><br>　　　　Defendants. | Case No.: C-4:12-3400 KAW<br><br>ORDER TO SHOW CAUSE |

　　　　Plaintiff Krista Sampson is proceeding in this case without an attorney. Defendants filed motion to dismiss on September 12, 2012. Dkt #12. The motion is set for a Court hearing on November 1, 2012.

　　　　According to the Court's local rules, Plaintiff should have filed any brief in opposition to Defendants' motion by September 26, 2012. *See* Civil Local Rule 7-3. Plaintiff has not filed an opposition.

　　　　The Court ORDERS Plaintiff to respond by October 11, 2012, and explain her failure to respond to the motion to dismiss. By the same date, Plaintiff must file her opposition to the motion to dismiss or a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not file her response by October 11, 2012, Defendants' motion may be granted. *See* Magistrate Judge Westmore's General Standing Order, ¶ 21 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion"). The case may also be dismissed for failure to prosecute.

The Court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than October 22, 2012.

**DATE: October 4, 2012**  _____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**