# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTA SAMPSON,** | Case No.: C-4:12-3400 KAW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| **LISA LAURETTA, et al.,** | |
| Defendants. | |

Plaintiff Krista Sampson is proceeding in this case without an attorney. Defendants filed motion to dismiss on September 12, 2012. On October 4, 2012, the Court ordered Plaintiff to show cause regarding her failure to timely file an opposition to the motion to dismiss.

On October 11, 2012, Plaintiff filed a response to the order to show cause and an opposition to the motion to dismiss. Plaintiff explained that she was late in filing her brief because her family member sustained two serious injuries, and she had to take the person to the hospital. The Court will discharge the order to show cause and accept Plaintiff's opposition brief.

This case is set for a case management conference on October 16, 2012. In violation of the undersigned's standing order, however, the parties have not filed their joint case management statement.

///

///

///

Accordingly, it is hereby ORDERED that:

1. The Court's October 4, 2012, order to show cause is discharged.

2. The case management conference currently scheduled for October 16, 2012, is taken off of calendar. A case management conference is hereby set for November 13, 2012 at 1:30 p.m.

3. The parties are ordered to show cause regarding their failure to file a joint case management statement, and file either a joint case management statement or separate case management statements, by October 29, 2012. *See* Civil Local Rule 16-9 ("If one or more of the parties is not represented by counsel, the parties may file separate case management statements").

**DATE: October 15, 2012**             _____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**