# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTA SAMPSON,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**LISA LAURETTA, et al.,**<br><br>    **Defendants.** | **Case No.: 4:12-cv-3400 KAW**<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On November 1, 2012, the Court held a hearing on Defendants' motion to dismiss. Plaintiff did not appear at the hearing. Raymond MacKay appeared on behalf of Defendants. The Court indicated that it intended to grant the motion to dismiss, but grant Plaintiff leave to file an amended complaint. However, there is no need to grant Plaintiff leave to file an amended complaint if she no longer wishes to or is unable to prosecute this case. It should also be noted that Plaintiff has not responded to the Court's October 15, 2012, order to show cause regarding the parties' failure to file their case management statements.

Accordingly, it is hereby ORDERED that within fourteen days of the date of this order, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.

Failure to comply with this order will result in the case being dismissed for failure to prosecute.

DATE: November 2, 2012

_Kandis Westmore_
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**