UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTA SAMPSON,**<br><br>     **Plaintiff,**<br><br>     vs.<br><br>**LISA LAURETTA, et al.,**<br><br>     **Defendants.** | **Case No.: C-4:12-3400 KAW**<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Krista Sampson is proceeding in this case without an attorney. On November 13, 2012, the Court issued an order dismissing Plaintiff's complaint, and granting Plaintiff leave to file an amended complaint. The Court further ordered Defendants to respond to the amended complaint within 14 days, and ordered Plaintiff to oppose any motion to dismiss within 7 days of the motion's filing.

Plaintiff timely filed an amended complaint on December 4, 2012. Defendants timely filed a motion to dismiss the amended complaint on December 14, 2012. Plaintiff's opposition to the motion to dismiss was due on December 21, 2012, but as of the date of this order, Plaintiff has not filed it.

It is hereby ORDERED that Plaintiff shall show cause why this case should not be dismissed for failure to prosecute. This is the third time this Court has ordered to Plaintiff to show cause regarding her failure to prosecute this case. This is the second time Plaintiff has failed to timely oppose a motion to dismiss.

///

///

1     Plaintiff shall respond to this order to show cause, explaining why this case should not be
2 dismissed for failure to prosecute, and file her opposition to Defendant's motion to dismiss, by
3 January 10, 2013.

4     If Plaintiff does not comply with this order, her case will be dismissed for failure to prosecute.
5     IT IS SO ORDERED.

7 **DATE: January 3, 2013**      _____
8     **KANDIS A. WESTMORE**
    **UNITED STATES MAGISTRATE JUDGE**