**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KRISTA SAMPSON,** | **Case No.: C-4:12-3400 KAW** |
| **Plaintiff,** | **JUDGMENT** |
| vs. | |
| **LISA LAURETTA, et al.,** | |
| **Defendants.** | |

This matter having been fully considered, and the Court having determined that Plaintiff has failed to prosecute this case,

It is Ordered and Adjudged that Plaintiff take nothing, and that the action be dismissed.

IT IS SO ORDERED.

**DATE: January 8, 2013**

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**